UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2-00-CR-199-PMP-LRL |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THANIA MENDOZA | ) |
| | ) |
| Defendant. | ) |

FILED ___ ENTERED  ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 10 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#44), sentencing held on August 8, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MERRILL LYNCH
Amount of Restitution: $53,730.47

Name of Payee: FIRST USA CREDIT CARD COMPANY
Amount of Restitution: $23,553.85

**Total Amount of Restitution ordered: $77,284.32\*\***
\*\*Joint and Several with co-defendant Kevan Lamont Lacy and Willie Dochee (case 1:10CR00155-001 in So. District of Indiana)

Dated this ___3___ day of July 2019.

_____
UNITED STATES DISTRICT JUDGE